IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LARRY NEELY                                                              PETITIONER

vs.                    Civil Case No. 4:06CV00953 HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                                        RESPONDENT

ORDER

This case was stayed on January 11, 2007, to allow Petitioner to exhaust state remedies. Petitioner has filed a "Motion to Reinstate Cause Held in Abeyance on Active Docket of United States District Court" (DE # 30). The court finds the motion should be granted, as it appears Petitioner has exhausted state court remedies. This matter is hereby reopened.

Because this case has been stayed for some time, the court finds the parties should be given the opportunity to supplement their pleadings with any intervening authorities, factual statements or arguments. Petitioner's brief is due no later than 20 days from this date. Respondent's response is due within ten days of the date Petitioner files his brief.

SO ORDERED this 28th day of April, 2009.

_____
United States Magistrate Judge