IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

LARRY NEELY                                                                  PETITIONER

vs.                    Civil Case No. 4:06CV00953 HLJ

DUSTIN McDANIEL,
ATTORNEY GENERAL OF ARKANSAS                                                 RESPONDENT

ORDER

Respondent's Motion to Place Exhibit A to Docket #40 Under Seal (DE #41) is hereby granted.  THE CLERK IS DIRECTED to take the necessary steps to place this document under seal.

SO ORDERED this 26th day of August, 2009.

_____
United States Magistrate Judge