```
           IN THE UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF ARKANSAS
                     WESTERN DIVISION
```

LARRY NEELY                                                PETITIONER

vs.              Civil Case No. 4:06CV00953 JTK

DUSTIN McDANIEL,
ATTORNEY GENERAL OF ARKANSAS                               RESPONDENT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief sought is denied.

SO ADJUDGED this 15th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE