IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LARRY NEELY                                                              PETITIONER

vs.                    Civil Case No. 4:06CV00953 JTK

DUSTIN McDANIEL,
ATTORNEY GENERAL OF ARKANSAS                                             RESPONDENT

## ORDER

The above-styled cause is hereby scheduled for evidentiary hearing on Wednesday, August 18, 2010, at 9:30 a.m., in the Richard Sheppard Arnold United States Courthouse, 500 W. Capitol Avenue, Little Rock, Arkansas 72201, Courtroom #4B.

Counsel for the parties should submit and exchange a "Pre-Hearing Information Sheet" listing proposed stipulations, issues of fact expected to be contested, a brief description of any exhibits, the estimated length of time for the hearing, and names and addresses of witnesses with a brief description of the expected testimony of each witness. All witnesses should be subpoenaed no later than ten (10) days prior to the hearing.

SO ORDERED this 27th day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE